

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00302-CR

Nicanor C. **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR7395
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 17, 2019.

_____
Patricia O. Alvarez, Justice